BARRY E. HINKLE, SBN 071223
PATRICIA M. GATES, SBN 076498
ROBERTA D. PERKINS, SBN 153074
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: 510.337-1001
Facsimile: 510.337.1023

Attorneys for Plaintiff, LABORERS INTERNATIONAL UNION OF NORTH AMERICA PACIFIC SOUTHWEST REGION

BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2760
Facsimile:   (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Defendant, UNITED STATES DEPARTMENT OF ENERGY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA PACIFIC SOUTHWEST REGION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF ENERGY,<br><br>Defendant. | CASE NO.  2:13-CV-02204-MCE-DAD<br><br>**STIPULATION AND ORDER LIMITING ISSUES TO BE DECIDED** |
|---|---|

The parties, through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court as provided for hereon, as follows:

1.  To limit the expenditure of judicial resources, the parties make the withholding, under FOIA, in the to-be-amended redacted certified payroll records for CLP Resources, Inc., for the weeks ending 12/2/12, 12/9/12, 12/16/12, 12/23/12, 1/6/13, 1/13/13, and 1/20/13, the issue to be decided in this action.  The parties stipulate and agree that the final judicial ruling on

1

these redactions will apply to all other payroll records produced by defendant in response to the FOIA request in suit.

2. Thus, defendant shall have the burden of showing that a FOIA exemption covers the redactions in those weeks' records. In this action only, however, defendant shall not have the burden to support redactions to any other weeks' records, nor shall it have the burden to show that it performed an adequate search for responsive records.

3. At this time, in an effort to limit the issues further, the parties are discussing which specific redactions will be presented to the Court.

4. Plaintiff concedes that it is proper under FOIA Exemption 6, 5 U.S.C. § 552(b)(6), to withhold the information in column (1) of the payroll records, namely, employee names, addresses, and Social Security numbers.

Dated: February 6, 2014

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: /s/ Roberta D. Perkins
ROBERTA D. PERKINS, SBN 153074
(as authorized on 2/6/14)

Dated: February 5, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ YOSHINORI H. T. HIMEL #66194
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: February 10, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT