BARRY E. HINKLE, SBN 071223
PATRICIA M. GATES, SBN 076498
ROBERTA D. PERKINS, SBN 153074
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: 510.337-1001
Facsimile: 510.337.1023

Attorneys for Plaintiff, LABORERS INTERNATIONAL UNION OF NORTH AMERICA PACIFIC SOUTHWEST REGION

BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2760
Facsimile:   (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Defendant, UNITED STATES DEPARTMENT OF ENERGY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA PACIFIC SOUTHWEST REGION, Plaintiff, v. U.S. DEPARTMENT OF ENERGY, Defendant. | CASE NO.  2:13-CV-02204-MCE-DAD **STIPULATION AND ORDER FURTHER LIMITING ISSUES TO BE DECIDED** |
|---|---|

The parties, by and through the undersigned counsel, hereby stipulate, subject to the approval of the Court, provided for herein, as follows:

1. On February 11, 2014, the parties stipulated for purposes of the matters to be decided in this action, to limiting the certified payroll records of CLP, Inc. to a seven-week period beginning on December 2, 2012 and ending January 20, 2013.  See ECF #8.

2. Upon further review of the specified records, the Department of Energy identified three individuals during this seven-week period whom the Department of Energy contends a knowledgeable member of the public could identify by their work classification of Power Equipment Operator and their group classifications of groups 3, 9, and 11.

3. The Department of Energy has confirmed that no more than three individuals worked as Power Equipment Operator, group 3, 9, or 11, during the seven-week period in question.

4. The Department of Energy contends, and Plaintiff does not concede, that the three individuals would be identifiable solely from their work classifications and group numbers as they appear on the certified payroll records.

5. Notwithstanding the above disagreement, in order to focus the issues and streamline the litigation, the parties hereby stipulate and agree that information regarding the three Power Equipment Operators, groups 3, 9, and 11, can be redacted from the certified payroll records at issue and will not be an issue to be determined in this litigation.

Dated: March 19, 2014

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: */s/ Roberta D. Perkins*
ROBERTA D. PERKINS, SBN 153074
(as authorized on 3/19/14)

Dated:  March 19, 2014

BENJAMIN B. WAGNER
United States Attorney

By: */s/ YOSHINORI H. T. HIMEL #66194*
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

Dated:  March 25, 2014

MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT