BARRY E. HINKLE, SBN 071223
PATRICIA M. GATES, SBN 076498
ROBERTA D. PERKINS, SBN 153074
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: 510.337-1001
Facsimile: 510.337.1023

Attorneys for Plaintiff, LABORERS INTERNATIONAL UNION OF NORTH AMERICA PACIFIC SOUTHWEST REGION

BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2760
Facsimile:  (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Defendant, UNITED STATES DEPARTMENT OF ENERGY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA PACIFIC SOUTHWEST REGION, | CASE NO.  2:13-CV-02204-MCE-DAD |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER SETTING SCHEDULE** |
| v. | |
| U.S. DEPARTMENT OF ENERGY, | |
| Defendant. | |

The parties, by their undersigned counsel, hereby stipulate, subject to the Court's approval as provided for herein, as follows:

1. Defendant's answer to the complaint shall be filed by April 15, 2014.

2. Defendant's motion for summary judgment shall be filed by April 30, 2014.

3. The parties' Joint Status Report, as required by the Minute Order filed April 8, 2014, shall be filed by May 1, 2014.

4. Plaintiff's opposition to defendant's motion for summary judgment shall be filed by May 21, 2014.

5. Defendant's reply shall be filed by June 18, 2014.

6. Hearing before Judge England shall be held June 26, 2014, at 2:00 p.m.

Dated: April 11, 2014

WEINBERG, ROGER & ROSENFELD
A Professional Corporation

By: */s/ Roberta D. Perkins*
ROBERTA D. PERKINS, SBN 153074
(as authorized on 4/11/14)

Dated: April 11, 2014

BENJAMIN B. WAGNER
United States Attorney

By: */s/ YHimel*
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney

**ORDER**

IT IS SO ORDERED.

Dated: April 16, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT