BARRY E. HINKLE, SBN 071223
PATRICIA M. GATES, SBN 076498
ROBERTA D. PERKINS, SBN 153074
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: 510.337-1001
Facsimile: 510.337.1023

Attorneys for Plaintiff, LABORERS INTERNATIONAL UNION OF NORTH AMERICA PACIFIC SOUTHWEST REGION

BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2760
Facsimile:   (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Defendant, UNITED STATES DEPARTMENT OF ENERGY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA PACIFIC SOUTHWEST REGION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF ENERGY,<br><br>Defendant. | CASE NO.  2:13-CV-02204-MCE-DAD<br><br>**STIPULATION AND ORDER RESETTING SCHEDULE** |
|---|---|

    The parties, by their undersigned counsel, hereby recite and stipulate, subject to the Court's approval as provided for herein, as follows:

## RECITALS

    1.    The issue remaining to be decided, after the stipulated issue-limiting Orders, filed February 11 and March 26, 2014, is the merits of the FOIA Exemption 4 withholding.

    2.    The parties are discussing possible arrangements outside the action with the

potential to moot past and future FOIA requests for records including the request in issue in this action.

3. Deferring the briefing set by stipulated Order filed April 17, 2014, would facilitate the parties' discussions.

## STIPULATIONS

1. This stipulation shall substitute for the parties' Joint Status Report due May 1, 2014, required by the Minute Order filed April 8, 2014, as modified by the stipulated Order filed April 17, 2014.

2. Defendant's motion for summary judgment shall be filed by July 31, 2014.

3. Plaintiff's opposition to defendant's motion for summary judgment shall be filed by August 22, 2014.

4. Defendant's reply shall be filed by September 8, 2014.

5. Hearing before Judge England shall be held September 18, 2014, at 2:00 p.m.

Dated: April 24, 2014           WEINBERG, ROGER & ROSENFELD
                                A Professional Corporation

                          By:   */s/ Roberta D. Perkins*
                                ROBERTA D. PERKINS, SBN 153074
                                (as authorized on 4/24/14)

Dated: April 24, 2014           BENJAMIN B. WAGNER
                                United States Attorney

                          By:   */s/ YHimel*
                                YOSHINORI H. T. HIMEL #66194
                                Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

Dated: April 29, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT