BARRY E. HINKLE, Bar No. 071223
NINA FENDEL, Bar No. 109029
ROBERTA D. PERKINS, Bar No. 153074
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
Telephone  (510) 337-1001
Fax  (510) 337-1023
E-Mail:  bhinkle@unioncounsel.net
         nfendel@unioncounsel.net
         rperkins@unioncounsel.net

Attorneys for Plaintiff

BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2760
Facsimile:   (916) 554-2900
Email: yoshinori.himel@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA PACIFIC SOUTHWEST REGION,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>U.S. DEPARTMENT OF ENERGY,<br><br>　　　　　　　Defendant. | No. 2:13-CV-02204 MCE-DAF<br><br>**STIPULATION AND ORDER RESETTING SCHEDULE** |

The parties, by and through their undersigned counsel, hereby recite and stipulate, subject to the Court's approval as provided for herein, as follows:

## RECITALS

1. The issue remaining to be decided, after the stipulated issue-limiting Orders, filed February 11 and March 26, 2014, is the merits of the FOIA Exemption 4 withholding.

2. The parties' discussions of possible arrangement outside the action with potential to moot past and future FOIA requests for records, including the request at issue in this action were not productive and Defendant filed its motion for summary judgment on July 31, 2014, in accord with the Stipulation and Order Resetting Schedule entered on May 1, 2014, ECF 18.

3. Scheduling conflicts and the unavailability of certain declarants have arisen such that it is not possible for Plaintiff to submit its opposition to the motion by August 22, 2014, and to attend the hearing currently scheduled on September 18, 2014.

4. Deferring the briefing set by stipulated Order filed on May 1, 2014 would resolve the current issues and does not prejudice the parties.

## STIPULATIONS

1. This stipulation shall substitute for the Order Resetting Schedule filed on May 1, 2014.

2. Plaintiff's opposition to Defendant's motion for summary judgment shall be filed by October 3, 2014.

3. Defendant's reply to Plaintiff's opposition shall be filed by October 31, 2014.

4. Hearing before Judge England shall be held on November 13, 2014 at 2:00 p.m.

Dated:  August 20, 2014            WEINBERG, ROGER & ROSENFELD
                                   A Professional Corporation


                                   */s/ Roberta D. Perkins*
                            By:    ROBERTA D. PERKINS

                                   Attorneys for Plaintiff

Dated: August 20, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ *Yoshinori H. T. Himel*
YOSHINORI H. T. HIMEL
Assistant United States Attorney
(as authorized on August 20, 2014)

Attorneys for Defendant

**ORDER**

IT IS SO ORDERED.

Dated: September 4, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

WEINBERG, ROGER &
ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501
(510) 337-1001

3
STIPULATION AND ORDER RESETTING SCHEDULE
Case No. 2:13-CV-02204 MCE-DAF