BARRY E. HINKLE, SBN 071223
PATRICIA M. GATES, SBN 076498
ROBERTA D. PERKINS, SBN 153074
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: 510.337-1001
Facsimile: 510.337.1023

Attorneys for Plaintiff, LABORERS INTERNATIONAL UNION OF NORTH AMERICA PACIFIC SOUTHWEST REGION

BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2760
Facsimile:   (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Defendant, UNITED STATES DEPARTMENT OF ENERGY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA PACIFIC SOUTHWEST REGION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF ENERGY,<br><br>Defendant. | CASE NO.  2:13-CV-02204-MCE-DAD<br><br>**STIPULATION AND ORDER RESETTING SCHEDULE** |
|---|---|

The parties, by their undersigned counsel, hereby recite and stipulate, subject to the Court's approval as provided for herein, as follows:

RECITALS

1. The undersigned defense counsel states he needs more time to exchange necessary communications with First Solar and the Department of Energy. The communications have been slowed by the need to assemble a number of DOE employees and by the need to communicate

with First Solar attorneys who are on travel in Dubai, United Arab Emirates, whose time zone is about twelve hours ahead of Pacific Time. Email to Dubai has been unreliable, and voice contact is inconvenient.

  2. The total period of previous continuances of this hearing date is 140 days, and the total of previous extensions of this reply date is 135 days.

  3. The proposed extension and continuance will not affect a trial date because no trial is scheduled.

## STIPULATIONS

  1. That the hearing currently set for November 13, 2014, at 2:00 PM, be CONTINUED for three weeks, until **December 4, 2014**, at 2:00 PM, before Judge England.

  2. That defendant's time to reply, currently set for October 31, 2014, be EXTENDED for eighteen days, until **November 18, 2014**.

Dated: October 23, 2014       WEINBERG, ROGER & ROSENFELD
                  A Professional Corporation

              By: */s/ Roberta D. Perkins*
                  ROBERTA D. PERKINS, SBN 153074
                  (as authorized on 10/23/14)

Dated: October 23, 2014       BENJAMIN B. WAGNER
                  United States Attorney

              By: */s/ YHimel*
                  YOSHINORI H. T. HIMEL #66194
                  Assistant United States Attorney

## ORDER

  It is APPROVED and SO ORDERED.

Dated: October 29, 2014

              _____
              MORRISON C. ENGLAND, JR., CHIEF JUDGE
              UNITED STATES DISTRICT COURT