BARRY E. HINKLE, SBN 071223
PATRICIA M. GATES, SBN 076498
ROBERTA D. PERKINS, SBN 153074
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
Telephone: 510.337-1001
Facsimile: 510.337.1023

Attorneys for Plaintiff, LABORERS INTERNATIONAL UNION OF NORTH AMERICA PACIFIC SOUTHWEST REGION

BENJAMIN B. WAGNER
United States Attorney
YOSHINORI H. T. HIMEL #66194
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2760
Facsimile:   (916) 554-2900
email: yoshinori.himel@usdoj.gov

Attorneys for Defendant, UNITED STATES DEPARTMENT OF ENERGY

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LABORERS' INTERNATIONAL UNION OF NORTH AMERICA PACIFIC SOUTHWEST REGION,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF ENERGY,<br><br>Defendant. | CASE NO.  2:13-CV-02204-MCE-DAD<br><br>**STIPULATION AND ORDER ALLOWING OVERSIZE REPLY** |

The parties, by their undersigned counsel, hereby recite and stipulate, subject to the Court's approval as provided for herein, as follows:

RECITALS

1.      The undersigned defense counsel states he needs more space than the applicable ten-page limit for defendant's reply due November 18, 2014. The largest argument in the current draft addresses each item in a list of factors on pages 9-10 of the Opposition. Although each

item in the list may occupy only a short phrase, defense counsel feels the need to address each item with an explanation.

    2.    The current draft occupies 18 pages including the signature page. Defense counsel has committed to reduce the length to 15 pages or less.

## STIPULATIONS

    1.    That the Court allow the reply brief due November 18, 2014, to occupy up to 15 pages, as an exception to the 10-page limit set on the Court's website.

Dated: November 20, 2014　　　　　　　　WEINBERG, ROGER & ROSENFELD
　　　　　　　　　　　　　　　　　　　　A Professional Corporation

　　　　　　　　　　　　　　　　By:　*/s/ Roberta D. Perkins*
　　　　　　　　　　　　　　　　　　ROBERTA D. PERKINS, SBN 153074
　　　　　　　　　　　　　　　　　　(as authorized on 11/17/14)

Dated: November 20, 2014　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　By:　*/s/ YHimel*
　　　　　　　　　　　　　　　　　　YOSHINORI H. T. HIMEL #66194
　　　　　　　　　　　　　　　　　　Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

Dated: November 20, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT